Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT
for the

NEVADA _____ District of \_\_\_\_AND TEXAS\_\_\_\_
AND WASHINGTON, D.C. Division

FILED
May 30, 2023
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: CSanchez
DEPUTY

RAPHAEL M. PROVINO

*Plaintiff(s)*
(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

u.s. f.b.i.    U.S. F.B.I.

CHRISTOPHER WRAY DIRECTOR

*Defendant(s)*
(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

Case No. **EP-23-CV-00213 KC**
(to be filled in by the Clerk's Office)

Jury Trial: (check one) [XX] Yes [ ] No

## COMPLAINT FOR A CIVIL CASE

### I. The Parties to This Complaint

**A. The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: RAPHAEL M. PROVINO
Street Address: 1360 YORI AVE
City and County: 
State and Zip Code: RENO NV 89502
Telephone Number: 775 470 3185
E-mail Address: mca5517ef@gmail.com

**B. The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

**Defendant No. 1**

Name: U.S. F.B.I.

Job or Title (if known): CHRISTOPHER WRAY U.S. DIRECTOR

Street Address: 935 PENNSYLVANIA AVE NW

City and County: WASHINGTON D.C. 20535

State and Zip Code: UNITED STATES

Telephone Number: 202 324 3000

E-mail Address (if known): foipaquestions@ic.fbi.gov

**Defendant No. 2**

Name: jeffrey E. CHURCH TEXAS P.C.

Job or Title (if known): 104 W BAHAMA STREET # D

Street Address: SOUTH PADRE ISLAND, TEXAS 78597

City and County:

State and Zip Code:

Telephone Number: 956 761-1358

E-mail Address (if known): NONE PROVIDED

**Defendant No. 3**

Name: JOHN RICHARDS TEXAS STATE FR AUD INVESTIGATOR

Job or Title (if known): 903 SAN JACINTO BLVD #322

Street Address: AUSTIN TEXAS 78701

City and County:

State and Zip Code:

Telephone Number: 512 916-5237

E-mail Address (if known): info@satijatrustee.com

**Defendant No. 4**

Name: RICK PERRY FORMER GOVERNOR OF TEXAS STATE

Job or Title (if known): P.O.BOX 12428

Street Address: AUSTIN, TEXAS 78711

City and County:

State and Zip Code:

Telephone Number: 512 463-1828

E-mail Address (if known): NONE PROVIDED

**Defendant No. 1**

| Field | Value |
|---|---|
| Name | texas state bar |
| Job or Title (if known) | extradition fraud of jeffrey e. church and juan t. mendez and judge carlos cascos and benny ochoa iii |
| Street Address | president laura gibson |
| City and County | 1414 colorado boulevard |
| State and Zip Code | austin, texas 78701 |
| Telephone Number | 512-427-1463 |
| E-mail Address (if known) | |

**Defendant No. 2**

| Field | Value |
|---|---|
| Name | texas department of real estate |
| Job or Title (if known) | real estate fraud extradition fraud |
| Street Address | 1700 congress avenue #400 |
| City and County | austin, texas 78701 |
| State and Zip Code | 512-936-3000 |
| Telephone Number | |
| E-mail Address (if known) | |

**Defendant No. 3**

| Field | Value |
|---|---|
| Name | texas dept of insurance and Mr. Watson |
| Job or Title (if known) | 1601 CONGRESS AVENUE AUSTIN, TEXAS 78711 |
| Street Address | 1-800-252-3439 |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address (if known) | |

**Defendant No. 4**

| Field | Value |
|---|---|
| Name | JUAN T. MENDEZ III |
| Job or Title (if known) | EXTRADITION FRAUD INSURANCE FRAUD MORTGAGE FRAUD MALPRACTICE FRAUD WRONGFUL DEATH OF THE LEGALLY BLIND EXTORTION |
| Street Address | 956-546-4357 |
| City and County | 1001 e elizabeth street brownsville texas 78520 |

Page 2 of

Defendant No. 1

- Name: JOHN RICHARDS
- Job or Title (if known): EXTRADITION FRAUD AND COVERUP TEXAS SUPREME COURT
- Street Address: 201 west 14th street room 104
- City and County: austin texas 78701
- State and Zip Code:
- Telephone Number: 512-4631312
- E-mail Address (if known):

Defendant No. 2

- Name: united states federal courts
- Job or Title (if known): extradition fraud and cover up of extradition frad
- Street Address:
- City and County: one columbus circle northeast washington, d.c.
- State and Zip Code: 20544
- Telephone Number: 202-502-2600
- E-mail Address (if known):

Defendant No. 3

- Name: state of texas and cameron county and travis county texas
- Job or Title (if known): 1019 brazos street austin, texas 78701
- Street Address: 512-463-5555
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

Defendant No. 4

- Name: texas dept. of national banking
- Job or Title (if known): loan payment fraud extradition fraud and coverup
- Street Address:
- City and County: charles g. cooper
- State and Zip Code: 2601 north lamar blvd austin, texas 78705
- Telephone Number:
- E-mail Address (if known): 512-475-1300

Defendant No. 1
- Name: CAMERON COUNTY PROSECUTORS OFFICE AND DISTRICT ATTORNEY
- Job or Title (if known): LUIS V. SAENZ
- Street Address: EXTRADITION FRAUD
- City and County:
- State and Zip Code: 964-E harrison street brownsville, texas 78520
- Telephone Number: 956-544-0849
- E-mail Address (if known):

Defendant No. 2
- Name: Rob carter and TEXAS DEPT OF TITLE INSURANCE
- Job or Title (if known): TITLE AND TITLE FRAUD EXTRADITION
- Street Address: 500 WEST 5th street suite 1150
- City and County: austin, texas 78701
- State and Zip Code: 512-480-5120
- Telephone Number: www.ttiga.org  title@tdi.texas.gov
- E-mail Address (if known):

Defendant No. 3
- Name: LORDA CORP. REALTY
- Job or Title (if known): 1004 padre blvd
- Street Address: south padre island, texas 78597
- City and County: www.lorda.com
- State and Zip Code: 956-761-5100
- Telephone Number:
- E-mail Address (if known):

Defendant No. 4
- Name: U.S. FEDERAL GOVERNMENT AND U.S. TREASURY
- Job or Title (if known): EXTRADITION FRAUD
- Street Address: 1600 pennsylvania avenue northwest
- City and County: washington d.c.
- State and Zip Code: 20500
- Telephone Number: 1-844-872-4681
- E-mail Address (if known):

Defendant No. 1

- Name: FIRST AMERICAN TITLE CORPORATION OF TEXAS
- Job or Title (if known): ~~MR. KENNEDY, MICHAEL ABBEY~~
- Street Address: 520 POST OAK BOULEVARD
- City and County: SUITE 100
- State and Zip Code: HOUSTON, TEXAS 77027
- Telephone Number: 1-800-347-7826
- E-mail Address (if known):

Defendant No. 2

- Name: BARACK HUSSEIN OBAMA
- Job or Title (if known): 2500 west golf road
- Street Address: hoffman estates
- City and County: ~~illinois 60169~~
- State and Zip Code: ~~extradition fraud~~
- Telephone Number: 847-252-5799
- E-mail Address (if known):

Defendant No. 3

- Name: DONALD J. TRUMP
- Job or Title (if known): 1600 PENNSYLVANIA AVENUE NORTHWEST
- Street Address: ~~WASHINGTON, D.C. 20500~~
- City and County: EXTRADITION FRAUD
- State and Zip Code:
- Telephone Number: 202-456 1414
- E-mail Address (if known):

Defendant No. 4

- Name: GEORGE WALKER BUSH
- Job or Title (if known): ~~P.O. BOX~~ 259000
- Street Address: DALLAS, TEXAS 75225
- City and County: EXTRADITION FRAUD
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known): 979-691-4041

Page 2 of

**Defendant No. 1**

Name: FURCRON REALTY

Job or Title (if known): 19 month extortion and embezzlement, and breech of claim promis for 19 months. insurance larseny with Mr. Watson at TDI

Street Address:

City and County: Extorting the elderly, blind, and disabled.

State and Zip Code: 4800 Padre Boulevard

Telephone Number: South Padre Island, Texas 78597

E-mail Address (if known): 956 - 761-6961

**Defendant No. 2**

Name: SURFSIDE 1 CONDOMINIUM OWNERS ASSOCIATION AND MICKEY FURCRON

Job or Title (if known): SIGNATORY FOR BOARD

Street Address: EXTORTION, EMBEZZLEMENT, LYING TO THE BLIND ELDERLY AND DISABLED, FRAUD WITH MR. WATSON

City and County:

State and Zip Code: 4800 Padre BLVD

Telephone Number: South Padre Island, Texas 78597

E-mail Address (if known): 956 - 761-6961

**Defendant No. 3**

Name:

Job or Title (if known):

Street Address:

City and County:

State and Zip Code:

Telephone Number:

E-mail Address (if known):

**Defendant No. 4**

Name:

Job or Title (if known):

Street Address:

City and County:

State and Zip Code:

Telephone Number:

E-mail Address (if known):

Page 2 of

Defendant No. 1
- Name: THE STATE OF TEXAS TEXAS ATTORNEY GENERAL OFFICE
- Job or Title (if known): EXTRADITION FRAUD
- Street Address:
- City and County: 300 west 15th street
- State and Zip Code: austin, texas 78701
- Telephone Number: 512 463 2100
- E-mail Address (if known):

Defendant No. 2  PRUDENTI
- Name: PRUDENTIA CORPORATION OF AMERICA
- Job or Title (if known): REAL ESTATE BAIT AND SWITCH FRAUD
- Street Address: 1 PENNSYLVANIA PLAZA AVENUE
- City and County: NEW YORK, NEW YORK 10119
- State and Zip Code:
- Telephone Number: 917-339-4409
- E-mail Address (if known):

Defendant No. 3
- Name: FIRST AMERICAN 1031 EXCHANGE CORPORATION OF PORTLAND, OREGON
- Job or Title (if known): 5665 MEADOWS ROAD
- Street Address: SUITE 140
- City and County: LAKE OSWEGO, OREGON 97035
- State and Zip Code: MR. KENNEDY
- Telephone Number: 503 748-1031
- E-mail Address (if known):

Defendant No. 4
- Name: FIRST FIRST AMERICAN TITLE INSURANCE COMPANY OF TEXAS
- Job or Title (if known): 777 SOUTH FIGUEROA STREET 4th FLOOR
- Street Address: LOS ANGELES, CA 90017
- City and County:
- State and Zip Code: MR. KENNEDY
- Telephone Number: 818-242-5800
- E-mail Address (if known):

Defendant No. 1
Name: john RICHARDS TEXAS STATE INVESTIGATOR
Job or Title (if known): FOR SUPREME COURT OF TEXAS
Street Address: 201 East 14th street austin texas 78701
City and County:
State and Zip Code: 512 463 1312
Telephone Number:
E-mail Address (if known):

Defendant No. 2
Name: ROB CARTER STATE COMMISSIONER OF TEXAS OF TITLE FRAUD
Job or Title (if known): texas state auditors office
Street Address: 1501 NORTH CONGRESS AVE AUSTIN, TEXAS 78701
City and County:
State and Zip Code: 512 936 9500
Telephone Number:
E-mail Address (if known): auditor@sao.texas.gov

Defendant No. 3
Name: DAVID G. SUISSE THIEF AND BAIT AND SWITCH FRAUD
Job or Title (if known): 1004 padre blvd southpadre island texas 78597
Street Address:
City and County:
State and Zip Code: 956 761 5100
Telephone Number:
E-mail Address (if known):

Defendant No. 4
Name: Keith cummins thief and bait and switch fraud
Job or Title (if known):
Street Address: 1004 padre blvd southpadre island blvd texas, texas 78597
City and County:
State and Zip Code:
Telephone Number: 956 761 5100
E-mail Address (if known):

Page 2 of.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1

| | |
|---|---|
| Name | LORI ANN TAYLOR SUISSE |
| Job or Title *(if known)* | FLEECER |
| Street Address | 1004 padre blvd |
| City and County | south padre island texas 78597 |
| State and Zip Code | 956 761 5100 |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 2

| | |
|---|---|
| Name | RICK PERRY |
| Job or Title *(if known)* | FLEECER |
| Street Address | 1100 san jacinto austin texas |
| City and County | austin texas u.s.a. |
| State and Zip Code | |
| Telephone Number | 512 463 2000 |
| E-mail Address *(if known)* | |

Defendant No. 3

| | |
|---|---|
| Name | barack hussein obama |
| Job or Title *(if known)* | bait and switch job with jeffrey e. church |
| Street Address | |
| City and County | P.O. BOX 91000 |
| State and Zip Code | Washington d.c. 20066  U.S.A. |
| Telephone Number | 847  252 5700 |
| E-mail Address *(if known)* | |

Defendant No. 4

| | |
|---|---|
| Name | TEXAS COMMISSIONER MR. WARMAN |
| Job or Title *(if known)* | OFFICE OF THE TEXAS GOVERNOR |
| Street Address | P.O. BOX 12428 AUSTIN , TEXAS 78711 |
| City and County | |
| State and Zip Code | 1-512-463-2000 |
| Telephone Number | |
| E-mail Address *(if known)* | |

**Defendant No. 1**

| | |
|---|---|
| Name | DAVID LORRIE CORPORATION (DALOR) |
| Job or Title (if known) | ~~TREAT~~ ESTATE FRAUD AND BAIT AND SWITCH FRAUD AND MONEY LAUNDERING FRAUD AND JUDGE FRAUD CARLOS H. CASCOS AND BENNIE OCHOA III AND COUNTY FRAUD CAMERON, TEXAS |
| Street Address | 1004 PADRE BLVD |
| City and County | SOUTH PADRE ISLAND |
| State and Zip Code | TEXAS 78597 |
| Telephone Number | 956 761-5100 |

**Defendant No. 2**

| | |
|---|---|
| Name | LORRIE DAVID CORPORATIION LORDA CORP. |
| Job or Title (if known) | BAIT AND SWITCH FRAUD MONEY LAUNDERING ATTEMPT FRAUD EXTRADITION FRAUD MORTGAGE FRAUD BANK FRAUD INSURANCE THEFDT FRAUD WITH JEFFRET E. CHURCH AND JUAN T. MENDEZ III LARCENY ELDER ABUSE ADA VIOLATIONS FEDEWRAL INTERSTATE FRAUD AND LARCENY FALSE ADVERTISING |
| Street Address | (see above address and tel number FOR CONTACT |

**Defendant No. 3**

| | |
|---|---|
| Name | STATE OF TEXAS |
| Job or Title (if known) | GOVERNORS BUSH, PERRY, AND ABBOTT |
| Street Address | FRAUD LARCENY EXTRADITION FR FRAUD , ATTEMPTED MOENY LAUNDERING, CONSPIRACY TO COMMITT LARCENY OF INVITED GUEST TO TEXAS BAIT AND SWITHC FRAUD, REAL ESTAT EXTORTION, ELDER ABUSE ADA VIOLATIONS INTERSTATE MONEY WIRE FRAUD WRONGFULE DEATH INSURANCE, MORTGAGE AND BANK FRAU ORGAINZED CRIME AND THREATS. FALSE PROMISE FRAUD NATIONAL ADVERTISING FRAAUD. |

**Defendant No. 4**

| | |
|---|---|
| Name | |
| Job or Title (if known) | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address (if known) | |

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[XX] Federal question        [XX] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

CRUEL AND UNUSUAL PUNISHMENT AGAINST THE BOIND A
AND DISABLED BLIND
     AND DISABLED

DELIBERATELY WITHOLDING BAIDT AND SWITH FRAUD AN
D EXTRODISSION GRAUD
F

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

ITA ALL The PARTIES) WHEN THEY WIRED IN OUR $400,000 form Port land oregon in JULY OF 2005 and said they were selling us

us 242
SANTA ISABEL78758

a. If the plaintiff is an individual

The plaintiff, *(name)* RAPHAEL M PROVINO , SANTA ISA citizen of the State of *(name)* NEVADA

b. If the plaintiff is a corporation

The plaintiff, *(name)* CHRISTOPHER WRAY FBI DIRECTOR, is incorporated under the laws of the State of *(name)* WASHINGTON D.C. ,

and has its principal place of business in the State of *(name)* _____

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

a. If the defendant is an individual

The defendant, *(name)* CHRISTOPHER WRAY DIRECTOR FBI , is a citizen of the State of *(name)* WASHINGTON D.C. . Or is a citizen of *(foreign nation)* _____ .

MARCH 28th, 2023

NOW, THE DEFENDANTS HAVNT CALLED ME  NOR WROTE ME APOLOGIZING FOR THS BAIT AND SWITCH FRAUD.

NOR EXPLAINED TO ME WHAT HAS TAKEN 18 years to discover, that this is a coverup of a real estate offer, then sale for 1 million dollars of 242 santa isabel laguna vista texas 78597.
and then an embezzlement of my insurance checks. and the de liberate removal of our provino name from our insurance checcks in a conspiracy between jim oliver an jeffrey e church and juan t t. mendez iii and albert villegas to remove and steal our insuran ce money.  then extort us and tell us we have no insurance money coming,  and theb give h3elen provino a heart attack and kill her broke wityh malpractice hby these texas lawyers.
and witholding the information that they bait and swithc the prov inos who are the victims, and plainmtiffs, that they are runnin g an extradtition ring and having rick perry send us notice theat t their is money in
England. Oprobably another lie and an assasinagttion attempt. onc your england they could ½robably kill you.
and of course the federal court judges of the u.s. will
have to either hold trial against texas and these defendants. so they can explain the reasonableness of their damaghes to
the Provinos, and their witholding of this real estat3e , embezzl ent, wriongful death, and extortion, and extradition by forced ma nipulation, extradition bait and switch fraud.

its. insane and these attorneys are thieves destroyers of life an liberty and family, and larcenists, and regardless of current sta nding in society must  be ordered to pay the provinos this $30 mi llion dollars in damages,  sigh  a non retyaliation statement, ½a pay an federal or taxws on this settlement amounbt, and mail it t o the provinos, in payment made ot helen s, provino , and
mail it to ralph provino within 30 days. or the federal judges mu st provide speedy collection and hearing of evidence and subpeona and trial of these defendants. for jury trial.


either eay the provinos must be paid. and now.

kthank you.

MARCH 12, 2023

I NEVER AGREED TO LEAVE THE UNITED STATES. THIS IS A BAIT AND SWITCH FRAUD AND MONEY WIRE FRAUD LARCENY BY JEFFREY E. CHURCH AND STATE OF TEXAS REGULATOR JOHN RICHARDS.

RALPH PROVINO

MARCH 12, 2023

XOMPLAINT AGAINST TEXAS

REQUST FOR A TRIAL

STATEMENT OF VICTIM AND P:AINTIFF

"i never asked to leave our united states of america.

texas is lying to the federal court judges.

they withheld the information from me of
their plans to forxce me out of the country.

this is what their not telling the federal court judges.

i was given a listing sheet
and made an offer to purchase
an aprtment building.

this is a bait and switch and larceny fraud by
the leaders of texas.

wh then lie and steal the time and m9oney of
touristaas to texas.

yhoull have to hold a federal trial
or ask texas to payt
the $30 million dollars inj damaghes they heave
deystroyed teh Provino assets and committed larceny and threateni
acts 0of larceny and extortion.

always trhreatening and deystroying the
visitors to Texas.

ralph Provino

ADDENDUM 1 .
STATEMENT OF PLAINTIFF

I NEVER AGREED TO LEAVE OUR UNITED STATES.
I WAS GIVEN AN OFFER SHEET BY JEFFREY E. CHURCH , TEXAS P.C.
    TH OFFER SHEET IS ATTACHED. IT MENTIONS NOTHING ABOUT EXTRADITION.
THIS REQUEST FOR TRIAL IS BRING JEFFREY E. CHURCH AND JUAN TREY M
ENDEZ BEFOR THE COURT FOR TRIAL.

FOR THE CHARGES OF DELIBERATE BAIT AND SWITCH. OFFERING
A PROPERTY UP FOR SALE, AND THEN LYING TO EVERYBODY
THAT IT WASNT A REAL ESTATE OFFER. AND THUS
COMMITTING WIRE FRAUD OF THE PROVINO"S MONEY $400,000
for a  BAIT AND SWITCH EXTRODITION FRAUD ACT.

WHILE PROMISING REAL ESTATE. FOR SALE.

AND THEN WITHOLDING THE EXTRODITION FRAUD  FOR THE PAST 18 years
from THE PROVINOS.

THIS IS TEXAS LARCENY, BAIT AND SWITCH , OBSTRUCTION
OF JUSTICE, AND WITHOLDING OF INFORMATION TO THE YEAR, FOR 11 YEA
RS, FROM THE PROVINOS IN ORDER TO COMMIT SWINDLE AND LARCENY.

>   JEFFREY E. CHURCH SAID NOTHING ABOUT LEAVING
>   THE COUNTRY.  HE SAID HERE IS AN OFFER FOR YOU
>   TO BUY 242 SANTA ISABEL. AND THEN HE SAID 30 years at 6% ANNUAL
>
>   simple interest on the remaing amount after downpamentand
>   earnest deposit.
>
>   these are the words by him of real estate purchase
>   not real estate extradition .
>
>   same with mendez
>   he said i will get you your insurnce checks all of them to
>   you in Reno, with your mothers name on them, the
>   Provino name.ON THEM.
>
>   HE EMBEZZLED OUR CHECKS. .  THESE TWO ATTORNEYS ARE SCHISTERS PUL
>   LED MASIUVE BAIT AND SWITCH AND EMBEZZLEMENT ACTS.
>
>   AND YOU THE FEDERAL JUDGES   COVERING TEXAS UP.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

$ 30,000,000 DAMAGES LIFE AND BODY AND FISCAL.
I WAS NOT INFORMED OF THEIR EXTRADITION PLAN , THIS IS A
BAIT AND SWITCH FRAUD CONCOCTED ORIGINALLY BY JEFFREY
E. CHURCH IN JUNE OF 2005. a witholding of innformation fra
ud for the past 18 years. they should have told me before
they wired in our 4,000 dollars from portland oregon $400,000 DOWNPAYMENT.
that the property was not for sale, not bait and switche us.
its larceny. and witholding of information larceny.

**V.  Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

**A.  For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 1-17-2023

Signature of Plaintiff
Printed Name of Plaintiff    RAPHAEL M. PROVINO

**B.  For Attorneys**

Date of signing:

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Street Address
State and Zip Code
Telephone Number
E-mail Address

b. If the defendant is a corporation

The defendant, (name) JEFFREY E. CHURCH TEXAS P.C, is incorporated under the laws of the State of (name) TEXAS, and has its principal place of business in the State of (name) TEXAS.

Or is incorporated under the laws of (foreign nation) _____,

and has its principal place of business in (name) BROWNSVILLE, TEXAS.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy    30 MILLION DOLLARS

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because (explain):

HE OFFERED ME A PIECE OF REAL ESTATE. AND GAVE ME A LISTING SHEET AND THEN WIRED OUR MONEY FROM PORTLAND, OREGON.
THEN HE STOLE 30 MILLION DOLLARS OF OUR ASSETTS.
THEN 10 years later, he refused to pay for all the larceny he committed. he owes us 30 million dollars. and so does the FBI DIRECTOR FOR WTHHOLDING THEIR INVESTIGATION AND COVERING UP THEIR EXTRADITION FRAUD FOR 10 YEARS.

III. **Statement of Claim**

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

I CALLED JUDGE HINOJOSA OF CAMERON COUNTY, AND HE SAID JUAN TREY MENDEZ III TEXAS P.C. HAS A HISTORY OF STEALING CLIENTS MONEY. SO I REPORTED MR. MENDEZ TO THE LAGUNA VIST POLICE CHIEF FOR LARCENY OF OUR PROPERTY AND ASKED FOR AN INVESTIGATION. AND I REPORTED TO LIFE ALERT CORPORATION FOR IDENTIFICATION FRAUD FOR JUAN T. MENDEZ III FOR EMBEZZLING OUR CHECKS AN REMOVING OUR NAME PROVINO FROM OUR CHECKS WITH JIM O LIVER CEO OF TEXAS WINDSTORM. MR. MENDEZ HAD PROMISED US HE WOULD GET US ALL OUR CHECKS WITH THE PROVINO NAME ON THEM. BUT HE LIED DIRECTLY TO US. THEY WITHELD EXTRTADICT PLAN BAIT & SWITCH.

IV. **Relief**

$30,000,000 Dollars life and property damages, LETTER OF APOLOGY

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

DELIBERSELY WITHELD THEIR EXTRADICTION PLAN. FOR THE PAST 18 YEARS. THE LISTING OFFER SAID 242 Santa ISABEL was for sale fo purchase. I offered 1.336 million with four years previous federal tax returns. when the tax returns didnt arrive, helen lowered our offer to 1 million dollars at southern texas title. jeffrey e church witheld his extradictiohn information from us for the past 18 years. and he caused 30 million dollars in damages to the provino family. for the past 18 years. for legal settlement. make out the check to helen s. provino

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

[Handwritten across page: "5-21-23" and "wheN IS TRIAL DATE?"]



RAPHAEL PROVINO
1360 YORI AVENUE
#B
RENO, NEVADA
89502

MAY 25th, 2023
6AM

TO: FEDERAL DISTRICT COURT OF EL PASO TEXAS
FEDERAL FILING FOR TRIAL
525 MAGOFFIN AVE
EL PASO, TEXAS 79901    U.S.A.

FEDERAL JUDGES
REQUEST FOR TRIAL
PARITY